# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN  DIVISION
#### at PIKEVILLE

**Civil Action No. 08-120-HRW**

**TESSA A. WHITAKER**,                                                          **PLAINTIFF,**

**v.**                                                   <u>**JUDGMENT**</u>

**MICHAEL J. ASTRUE**
**COMMISSIONER OF SOCIAL SECURITY,**                         **DEFENDANT.**

In conformity with the Order entered this date and in compliance with

Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and

**ADJUDGED** that:

A.    pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;

B.    the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and

C.    this action is **STRICKEN** from the active docket of the Court.

This July 27, 2009.



Signed By:

<u>*Henry R Wilhoit Jr.*</u>

**United States District Judge**